FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENAN TASCI,<br><br>Defendant. | No. 2:19-CR-00162-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL<br><br>**MOTION DENIED AS MOOT (ECF No. 29)**<br><br>**MOTION GRANTED (ECF No. 30)** |

Before the Court is Defendant's Unopposed Motion to Permit Travel, **ECF No. 30**. Defendant recites in his motion that the United States does not oppose this request.

Specifically, Defendant requests permission to travel to Canada to assist with a death in the family.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 29,** is **DENIED AS MOOT** and **ECF No. 30**, is **GRANTED**. Defendant is permitted to travel to Edmonton, Alberta leaving May 7, 2020 and returning to the Eastern District of Washington on May 16, 2020. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 7, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2